# AFFIDAVIT
## of
## JORDAN R. WICKS
## U.S. POSTAL INSPECTOR
## UNITED STATES POSTAL INSPECTION SERVICE

I, Jordan R. Wicks, being duly sworn, depose and state as follows:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS). I have been so employed since 2018. I am currently assigned to the Contraband Interdiction and Investigation (CI2) Team and am responsible for the investigation of narcotics, drug trafficking organizations and money laundering. I have received training by the USPIS, and members of the USPIS, in the investigation of controlled substances or proceeds/payments being transported through the United States. From 2014 to 2018, I was employed as a Special Agent with the United States Army Criminal Investigation Division (CID) as a supervisor in the Special Victims Unit. From 2008 to 2014, I was employed as a Detective with the Maplewood Police Department, St. Louis County, Missouri. From 2006 to 2008, I was employed as a Narcotics Detective with the Lincoln County Sheriff's Office, Missouri. From 2001 to 2005, I was a member of Security Forces in the United States Air Force. I have experience and advanced training pertaining to drug related investigations from the USPIS, Drug Enforcement Administration (DEA), U.S. Army, Midwest Counterdrug Training Academy, Missouri Narcotic Officer's Association, the Multijurisdictional Counterdrug Task Force, as well as various other federal agencies and organizations.

2. This affidavit is submitted for the limited purpose of establishing probable cause for the search warrant sought. I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient for the present purpose. The information contained in this affidavit is based upon my personal knowledge and investigation, as well as information conveyed to me by other law enforcement agents and employees.

3. The USPIS received information from Boone County Sheriff's Detective Brandon Weber that GABRIEL XAVIER SHACKELFORD was receiving fentanyl and/or heroin via the USPS. SHACKELFORD was known to Detective Weber to reside at 5519 North Autumn Drive, Columbia, Missouri 65202. Inspectors learned SHACKELFORD's brother passed away from an overdose in 2012 in Columbia, Missouri.

4. Inspector Joe Widlowski conducted a historical analysis of parcels previously mailed to 5519 North Autumn Drive, Columbia, Missouri 65202, and identified two previous Priority Mail parcels (9405 5116 9900 0861 0403 85 and 9405 5116 9900 0889 3493 16) that had been mailed to that address. Both packages were addressed from D&R Electronix, 7365 Carnelian Street, Rancho Cucamonga, California 91730, and addressed to GABRIEL SHACKELFORD, 5519 N Autumn Drive, Columbia, Missouri 65202.

5. Additional analysis identified that, on April 3, 2020, Los Angeles Postal Inspectors seized three (3) grams of TruNarc tested fentanyl from Priority Mail parcel bearing label number 9405 5116 9900 0898 6797 49. The parcel was addressed from D&R Electronix, 7365 Carnelian Street, Rancho Cucamonga, California 91730, and addressed to Bradley Hailes, 2720 Neilson Way Fl 15300, Santa Monica, California 90405. I further coordinated with the investigative agent in Los Angeles and confirmed the person mailing these packages containing fentanyl is a Dark Web distributor.

6. On Wednesday, April 29, 2020, Postal Inspectors were notified of an inbound parcel, Priority Mail parcel 9405 5116 9900 0810 6562 61 (**Subject Parcel 1**). On Thursday, April 30, 2020, Postal Inspectors were notified of another inbound parcel, Priority Mail parcel 9405 5116 9900 0816 9127 81 (**Subject Parcel 2**). Both parcels were addressed to 5519 North Autumn Drive, Columbia, Missouri 65202.

2

Case 2:20-sw-03020-WJE   Document 1-1   Filed 05/07/20   Page 2 of 7

7. **Subject Parcel 1** was mailed on April 27, 2020, from the Rancho Cucamonga, California Post Office (ZIP Code 91730). **Subject Parcel 1** was addressed from "D&R ELECTRONIX 7365 CARNELIAN ST RANCHO CUCAMONGA CA 91730" with recipient information of "GABRIEL SHACKELFORD 5519 N AUTUMN DR COLUMBIA MO 65202-9796."

8. **Subject Parcel 2** was mailed on April 28, 2020, from the Rancho Cucamonga, California Post Office (ZIP Code 91730). **Subject Parcel 2** was addressed from "D&R ELECTRONIX 7365 CARNELIAN ST RANCHO CUCAMONGA CA 91730" with recipient information of "GABRIEL SHACKELFORD 5519 N AUTUMN DR COLUMBIA MO 65202-9796."

9. On May 6, 2020, this Court issued search warrant no. 20-3018-SW-WJE for **Subject Parcel 1**. Inspector Joe Widlowski and I conducted a search of **Subject Parcel 1**, and found a plastic bag containing a white powder substance hidden inside. The weight of the plastic bag containing the white powder was found to be approximately seventeen grams. This powder was field-tested with a TruNarc and tested positive for the presence of fentanyl.

10. On May 6, 2020, this Court issued search warrant no. 20-3019-SW-WJE for **Subject Parcel 2**. Inspector Joe Widlowski and I conducted a search of **Subject Parcel 2**, and again found a plastic bag containing a white powder substance hidden inside. The weight of the plastic bag containing the white powder was found to be approximately eleven grams. This powder was field-tested with a TruNarc and also tested positive for the presence of fentanyl.

11. On May 6, 2020, the USPIS St. Louis Field Office identified Priority Mail parcel 9405 5116 9900 0831 5875 75 (**Subject Parcel 3**). **Subject Parcel 3** was also addressed to 5519 North Autumn Drive, Columbia, Missouri 65202. The return address was confirmed to be "D&R

ELECTRONIX 7365 CARNELIAN ST RANCHO CUCAMONGA CA 91730," identical to **Subject Parcel 1** and **Subject Parcel 2**.

12. On May 7, 2020, Inspector Justin Lewis, USPIS Kansas City Field Office, located **Subject Parcel 3** in the USPS mail stream and contacted the USPIS St. Louis Field Office. Inspector Lewis conducted a review of the parcel and confirmed it was addressed from "D&R ELECTRONIX 7365 CARNELIAN ST RANCHO CUCAMONGA CA 91730," with recipient information of "GABRIEL SHACKELFORD 5519 N AUTUMN DR COLUMBIA MO 65202-9796."

13. On May 7, 2020, this Court issued search warrant no. 20-3021-SW-WJE for **Subject Parcel 3**. Inspectors Widlowski and Lewis conducted a search of **Subject Parcel 3**, and again found a plastic bag containing a white powder substance hidden inside. The weight of the plastic bag containing the white powder was found to be approximately seventeen grams. This powder was field-tested with a TruNarc and also tested positive for the presence of fentanyl.

14. Due to the hazards and lethality of fentanyl, no representative sample will be placed inside of **Subject Parcel 3**. An imitation, non-controlled substance, will be inserted into **Subject Parcel 3** for the purpose of conducting a controlled delivery. **Subject Parcel 3** will be repackaged to give the appearance it has not been opened. Law enforcement officers intend to make a controlled delivery of **Subject Parcel 3**, and for reasons detailed herein, I am seeking an anticipatory search warrant to be executed only contingent upon the conditions of a successful delivery of **Subject Parcel 3**.

15. A transmitter, commonly referred to as a package alarm, will be placed inside of **Subject Parcel 3** for the purpose of this controlled delivery. The transmitter will enable United States Postal Inspectors to determine when **Subject Parcel 3** is opened. This transmitter emits an

electronic signal that can be monitored by agents via a locating receiver. The transmitter and locating receiver monitor whether **Subject Parcel 3** has been opened, but in no way transmit or record voice communication, acquire aural communication, or track a person's movement.

16. In light of my previous experiences of making similar controlled deliveries and those of the investigative team assisting me in this investigation, I know that **Subject Parcel 3** will likely be opened shortly after it is delivered. In light of this circumstance, there will likely be practical difficulties in obtaining a search warrant for the residence in a timely fashion before the evidence in **Subject Parcel 3** is removed from the premises and/or destroyed. Therefore, I request that a search warrant for the premises known and described as 5519 North Autumn Drive, Columbia, Missouri 65202, be issued today with its execution contingent upon fulfillment of the following procedure:

   a. On or about May 8, 2020, and in the event the delivery is unsuccessful, on succeeding dates thereafter, within the time period authorized, I or another law enforcement agent, wearing a USPS letter carrier uniform, will attempt to deliver **Subject Parcel 3** to 5519 North Autumn Drive, Columbia, Missouri;

   b. Delivery will be made to 5519 North Autumn Drive, Columbia, Missouri, consistent with prior deliveries of similar packages to this residence;

   c. Once the delivery has been made, agents will execute the search warrant upon either **Subject Parcel 3**, or a portion of the contents of **Subject Parcel 3**, crossing the threshold of 5519 North Autumn Drive, Columbia, Missouri; and

   d. The warrant will be executed only on 5519 North Autumn Drive, Columbia, Missouri.

17. Based upon my training and experience, and the training and experience of other members of the USPIS St. Louis Field Office, and our participation in other investigations involving drug distribution, I know that the amount of fentanyl contained with **Subject Parcel 1, Subject Parcel 2** and **Subject Parcel 3** are consistent with the distribution of a controlled

substance, and that:

      a. Persons who distribute this quantity and value commonly keep records relating to the transportation, order, purchasing and distribution of controlled substances;

      b. That controlled substances traffickers who handle controlled substances of this value and quantity must maintain on hand large amounts of U.S. currency in order to maintain and finance their ongoing controlled substances business and often keep said currency in a residence;

      c. That persons who receive controlled substances through overnight parcels often have done so in the past and are prepared to do so in the future and keep mailing labels, both used and unused;

      d. That persons who distribute controlled substances of this quantity and value keep paraphernalia for packaging, cutting, weighing and distribution of controlled substances, including, but not limited to, scales, plastic bags, cutting agents and firearms for protection; and

      e. That evidence of occupancy, residency, rental and/or ownership of the premises is relevant to the prosecution of the offenses, which this affidavit establishes.

19. Wherefore, I respectfully request that an anticipatory search warrant, execution of which is contingent upon fulfillment of the conditions described herein, be issued, authorizing any Postal Inspector of the U.S. Postal Inspection Service and other sworn law enforcement officers to search the premises known and described as 5519 North Autumn Drive, Columbia, Missouri (more particularly described in Attachment A) and seize items identified in Attachment B which constitute evidence, fruits and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), 846, 952 and 18 U.S.C. §§ 1956, 1957.

6

Case 2:20-sw-03020-WJE   Document 1-1   Filed 05/07/20   Page 6 of 7

20. The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

*[signature]*

**Jordan R. Wicks**
U.S. Postal Inspector
U.S. Postal Inspection Service

Sworn to and subscribed via telephone on this, the 7th day of May, 2020.

*[signature]*

**Willie J. Epps, Jr.**
United States Magistrate Judge

7